UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARTIN J. WALSH**, <br> Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **FINGA LICKING CHICAGO, LLC** <br> d/b/a **LICKING CHICAGO,** <br> an Illinois limited liability company, <br> and **LENNY WESTON,** individually. <br><br> Defendants. | Civil action no.: 1:21-cv-04806 <br><br> Judge: Steven C. Seeger |

**MOTION FOR JUDGMENT BY DEFAULT**

Now comes **MARTIN J. WALSH,** Secretary of Labor, United States Department of Labor, plaintiff in the above-entitled action, and shows that the complaint in the above case was filed in this Court on September 10, 2021, summons and complaint were duly served on defendants on September 10, 2021, no answer or other defense has been filed by defendants, and default was entered in the civil docket in the Office of the Clerk of this Court on the 19th day of November, 2021.

Wherefore, plaintiff moves that this Court make and enter a judgment permanently enjoining and restraining defendants, **FINGA LICKING CHICAGO**, **LLC,** an Illinois Limited Liability Company**,** and **LENNY WESTON** (collectively "Defendants"), an individual, and agents, officers, servants, employees, and those persons in active concert or participation with them, from violating the provisions of sections 6, 7, 11, 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. § 201 *et seq*.) and restraining defendants from withholding payment of

$31,910.52 in unpaid minimum wage and overtime compensation due to their employees under the Act, as well as $31,910.52 in liquidated damages under 29 U.S.C. § 216(c).

DATED:     November 24    , 2021.

                                            Respectfully submitted,

                                            **SEEMA NANDA**
                                            Solicitor of Labor

                                            **CHRISTINE Z. HERI**
                                            Regional Solicitor

**P.O. ADDRESS:**                         s/ Barbara M. Villalobos

                                            **BARBARA M. VILLALOBOS**
Office of the Solicitor                     Senior Trial Attorney
U.S. Department of Labor
230 S. Dearborn St., Room 844        Attorneys for **MARTIN J. WALSH**,
Chicago, Illinois 60604                    Secretary of Labor, United States
Telephone: 312/353-1168               Department of Labor, Plaintiff
Villalobos.barbara@dol.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Secretary of Labor's Motion for Default Judgment, Memorandum of Law in Support of Motion for Default Judgment, Declaration of Investigator Victor Fratti, and Declaration of Attorney Barbara M. Villalobos** were filed with the Court on November 24, 2021, using the Court's CM/ECF system; a WORD version of the **proposed Order** was sent by email to Proposed_Order_Seeger@ilnd.uscourts.gov; and all documents served on the following by electronic mail to info@penmanlegal.com and lennyweston03@yahoo.com; and also served via first-class mail:

        Peniel Manigat
        150 N. Michigan Ave., Suite 800
        Chicago, IL 60601

        Peniel Manigat
        Penman & Associates
        77 W. Wacker Drive, Suite 4500
        Chicago, IL 60601

        Lenny Weston
        28940 N. Sky Crest Drive
        Mundelein, IL 60060-5303

        Finga Licking Chicago
        5045 W. Madison St.
        Chicago IL 60644
        ATTN: Lenny Weston

        /s/ Barbara M. Villalobos
        **BARBARA M. VILLALOBOS**
        Senior Trial Attorney